

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00713-CV

**INTEREST OF A.J.V,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01902
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 11, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court